December 02, 2005

Ms. Katherine S. Youngblood
Youngblood & Associates, PLLC
11510 Summerhill Lane
Houston, TX 77024

Ms. Alicia T. Tabor
Kruse Law Firm
3355 West Alabama, Suite 1050
Houston, TX 77098
Mr. Cameron Phair Pope
Andrews & Kurth, L.L.P.
600 Travis, Suite 4200
Houston, TX 77002

RE: Case Number: 05-0605
 Court of Appeals Number: 14-03-01079-CV
 Trial Court Number: 2002-10214

Style: STEPHANIE WORTHAM SMALLING, INDIVIDUALLY AND AS REPRESENTATIVE
 OF THE ESTATE OF SKYLER KENNEDY WORTHAM-KRAUSE
 v.
 MICHAEL O. GARDNER, M.D., NICHOLAS ZACHARIAS, M.D., BAYLOR COLLEGE OF
 MEDICINE AND ITS DIVISIONS BAYLOR PERINATAL ASSOCIATES AND BAYLOR
 NEONATOLOGY ASSOCIATES, AND ST. LUKE'S EPISCOPAL HOSPITAL

Dear Counsel:

 Today the Supreme Court of Texas issued the enclosed abatement order
in the above referenced case. (Justice Willett not sitting)
 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Mr. Ed Wells |
| |Mr. Charles |
| |Bacarisse |